472 A.2d 246

Commonwealth v. Gibson, Appellant.

Submitted January 19, 1984. Joseph P. Caracappa, for appellant; William F. Merz, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Order of the Trial Court affirmed.